# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5296    2. DATE DOCKETED: 8/19/2026
3. CASE NAME (lead parties only) United States of America v. Monica H. Evans
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. — Civil Action 1:25-cv-04403; Criminal; Miscellaneous
      Bankruptcy Court Docket No. — Bankruptcy; Adversary; Ancillary
      Tax Court Docket No. — Tax
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Hon. Randolph D. Moss    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 8/6/2026    e. Date notice of appeal filed: 8/17/2026
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? No transcript necessary; oral arguments not held on motions that are the subject of the appeal
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◉ Yes ○ No If YES, give each case's court and case name, and docket number:
      Please see attached continuation sheet
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute Title III of the Civil Rights Act of 1960, 52 USC 20701-20706
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates

Signature /s/ James Thomas Tucker    Date 09-15-2026
Name of Party United States of America
Name of Counsel for Appellant/Petitioner James Thomas Tucker
Address U.S. Department of Justice, 4 Constitution Square, 150 M Street, N.E., Seventh Floor, Washington, D.C. 20530
Phone ( 202 ) 307-2767    Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

***United States v. Evans*, No. 26-5296**

**Question 6j.** *Are any cases involving the same underlying order or, to counsel's knowledge, involving substantially the same issue, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?*

**Attachment**

RELATED PROCEEDINGS

*United States v. Fontes*, No. 2:26-cv-66 (D. Ariz.), *on appeal*, No. 26-3609 (9th Cir.)

*United States v. Weber*, No. 2:25-cv-9149 (C.D. Cal.), *on appeal*, No. 26-1232 (9th Cir.)

*United States v. Page*, No. 8:25-cv-1370 (C.D. Cal.)

*United States v. Griswold*, No. 1:25-cv-3967 (D. Colo.), *on appeal*, No. 26-1326 (10th Cir.)

*United States v. Thomas*, No. 3:26-cv-21 (D. Conn.), *on appeal*, No. 26-2064 (1st Cir.)

*United States v. Albence*, No. 1:25-cv-1453 (D. Del.)

*United States v. Alexander*, No. 1:25-cv-7084 (N.D. Ga.)

*United States v. Raffensperger*, No. 1:26-cv-485 (N.D. Ga.)

*United States v. Raffensperger*, No. 5:25-cv-548 (M.D. Ga.)

*United States v. Nago*, No. 1:25-cv-522 (D. Haw.)

*United States v. McGrane*, No. 1:26-cv-197 (D. Idaho)

*United States v. Matthews*, No. 3:25-cv-3398 (C.D. Ill.), *on appeal*, No. 26-2695 (7th Cir.)

*United States v. Adams*, No. 3:26-cv-19 (E.D. Ky.), *on appeal*, No. 26-5657 (6th Cir.)

*United States v. Galvin*, No. 1:25-cv-13816 (D. Mass.), *on appeal*, No. 26-1657 (1st Cir.)

*United States v. Bellows*, No. 1:25-cv-468 (D. Me.), *on appeal*, No. 26-1676 (1st Cir.)

*United States v. DeMarinis*, No. 1:25-cv-3934 (D. Md.), *on appeal*, No. 26-1878 (3d Cir.)

*United States v. Benson*, No. 1:25-cv-1148 (W.D. Mich.), *on appeal*, No. 26-1225 (6th Cir.)

*United States v. Simon*, No. 0:25-cv-3761 (D. Minn.), *on appeal*, No. 26-2679 (8th Cir.)

*United States v. Aguilar*, No. 3:25-cv-00728 (D. Nev.), *on appeal*, No. 26-5375 (9th Cir.)

*United States v. Scanlan*, No. 1:25-cv-371 (D.N.H.), *on appeal*, No. 26-1783 (1st Cir.)

*United States v. Caldwell*, No. 3:26-cv-2025 (D.N.J.), *on appeal*, No. 26-3085 (3d Cir.)

*United States v. Oliver*, No. 1:25-cv-1193 (D.N.M.), *on appeal*, No. 26-2126 (10th Cir.)

*United States v. Bd. of Elections of N.Y.*, No. 1:25-cv-1338 (N.D.N.Y.), *on appeal*, No. 26-2060 (2d Cir.)

*United States v. Ziriax*, No. 5:26-cv-361 (W.D. Okla.)

*United States v. Oregon*, No. 6:25-cv-1666 (D. Or.), *on appeal*, No. 26-1231 (9th Cir.)

*United States v. Pennsylvania*, No. 2:25-cv-1481 (W.D. Pa.), *on appeal*, No. 26-2684 (3d Cir.)

*United States v. Amore*, No. 1:25-cv-639 (D.R.I.), *on appeal*, No. 26-1665 (1st Cir.)

*United States v. Henderson*, No. 2:26-cv-166 (D. Utah)

*United States v. Hanzas*, No. 2:25-cv-903 (D. Vt.)

*United States v. Koski*, No. 3:26-cv-42 (E.D. Va.), *on appeal*, No. 26-2002 (4th Cir.)

*United States v. Hobbs*, No. 3:25-cv-6078 (W.D. Wash.)

*United States v. Warner*, No. 2:26-cv-156 (S.D. W. Va.), *on appeal*, case number not yet assigned (4th Cir.)

*United States v. Wis. Elections Comm'n*, No. 3:25-cv-1036 (W.D. Wis.), *on appeal*, No. 26-2217 (7th Cir.)