# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT


---

**No. 26-5296** **September Term, 2026**

**1:25-cv-04403-RDM**

**Filed On: October 26, 2026** **[2200358]**

United States of America,

Appellant

v.

Monica H. Evans, in her Official Capacity as Executive Director for the District of Columbia Board of Election, et al.,

Appellees

## O R D E R

It appearing that this case presents potential problems of duplicative briefing, it is

**ORDERED**, on the court's own motion, that the parties submit by November 30, 2026, proposed formats for the briefing of this case. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk